UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UDR TEXAS PROPERTIES LLC**, <br> Plaintiff, <br> v. <br> **NICOLE ROMAN**, <br> Defendant. | Case No. 16-cv-01663-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Re: Dkt. No. 6 |

This case was removed by defendant from the San Mateo County Superior Court on April 1, 2016. (Dkt. No. 1.) On April 13, 2016, Magistrate Judge Corley issued an order for defendant to show cause by April 29, 2016 as to why this case should not be remanded to the state court. (Dkt. No. 4.) Defendant did not respond to Magistrate Judge Corley's order, and on May 3, 2016, Magistrate Judge Corley issued a Report and Recommendation to remand the case. (Dkt. No. 6.)

The Court has reviewed Magistrate Judge Corley's Report and Recommendation recommending remand of this action to the California state courts for lack of subject matter jurisdiction. (Dkt. No. 6.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the above-captioned action is **REMANDED** to the Superior Court of California for the County of San Mateo forthwith, and close the action.

This Order terminates Docket Number 6.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**